## ATLANTIC CITY ELECTRIC CO. ET AL. *v.* UNITED STATES ET AL.

No. 78. Argued November 12, 1970—Decided December 8, 1970*

*James O'Malley, Jr.,* argued the cause for appellants in No. 78. With him on the briefs were *Louis J. Lefkowitz,* Attorney General of New York, *Walter J. Myskowski, Sheila H. Marshall,* and *Alfred E. Froh. Charles J. McCarthy* argued the cause for appellants in No. 106. With him on the briefs were *Arthur L. Winn, Jr., J. Raymond Clark,* and *Richard J. Hardy.*

*Deputy Solicitor General Springer* argued the cause for the United States et al. in both cases. With him on the brief were *Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro, Edward M. Shulman, William A. Imhof, Robert W. Ginnane,* and *Arthur J. Cerra. Hugh B. Cox* argued the cause for appellees Aberdeen & Rockfish Railroad Co. et al. in both cases. With him on the brief were *William H. Allen* and *Michael Boudin.*

*John F. Donelan* and *John M. Cleary* filed a brief in No. 106 for the National Industrial Traffic League as *amicus curiae* urging reversal.

PER CURIAM.

The judgments are affirmed by an equally divided Court.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of these cases.

---

*Together with No. 106, *Alabama Power Co. et al. v. United States et al.,* on appeal from the United States District Court for the District of Columbia.